Filed 7/24/15  P. v. Roach CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

**IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA**

**FOURTH APPELLATE DISTRICT**

**DIVISION TWO**

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E062189 |
| v. | (Super.Ct.No. FMB1400406) |
| JESSEE DOMINIC ROACH, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of San Bernardino County.  Michael R. Libutti, Judge.  Affirmed.

Patrick J. Hennessey, Jr., under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Defendant and Appellant Jessee Dominic Roach admitted allegations he violated two terms of his felony probation.  The court sentenced him to 16 months' incarceration.

1

On October 21, 2014, counsel filed a premature notice of appeal. On December 15, 2014, this court appointed counsel to represent defendant. On February 9, 2015, we issued an order staying the appeal until a timely notice of appeal from the judgment was filed. On February 29, 2015, appellate counsel filed a timely notice of appeal from the judgment.

Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738, setting forth a statement of the case, a summary of the facts, and requesting this court to undertake a review of the entire record. We affirm the judgment.

FACTS AND PROCEDURAL HISTORY

On September 17, 2014, defendant pled guilty to an interlineated count 5 charge of felony vandalism. (Pen. Code, § 594, subd. (b)(1)). On the People's motion, the court dismissed counts 1 through 4. Pursuant to defendant's plea agreement, the court sentenced defendant to 36 months' felony probation.

On September 23, 2014, a probation officer filed a petition for revocation of defendant's probation and request that a bench warrant issue for defendant's arrest. The probation officer alleged defendant had violated three conditions of his probation: (1) term 3, defendant failed to report to his probation officer; (2) term 7, defendant failed to keep the probation officer informed of defendant's place of residence; and (3) term 21, defendant had prohibited contact with the victim. The court preemptively revoked defendant's probation and issued a warrant for his arrest.

2

On September 27, 2014, officers arrested defendant in another matter. Defendant eventually admitted two of the three alleged violations of the terms of his probation in return for a 16 month term of incarceration on the initial felony vandalism conviction.

## DISCUSSION

We offered defendant an opportunity to file a personal supplemental brief, which he has not done. We have now concluded our independent review of the record and find no arguable issues.

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

McKINSTER
J.

We concur:

HOLLENHORST
Acting P. J.

KING
J.

3